IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. CR 19-81 WJ

KENDON GOSSETT,

        Defendant.

## DEFENDANT GOSSETT'S WITNESS LIST

COMES NOW the Defendant Kendon Gossett, by and through counsel, Samuel L. Winder, Romero & Winder, P.C. respectfully submits the following list of witnesses which may be called at trial. Defendant Gossett requests permission to amend this witness list to include additional witnesses that may be necessary prior to and during trial:

1. Kendon Gossett   - 45 minutes

                                Respectfully submitted,

                                /s/ Samuel. L. Winder
                                Samuel L. Winder, Esq.
                                Attorney for Defendant Kendon Gossett
                                Romero & Winder, P.C.
                                1905 Lomas Blvd., NW
                                Albuquerque, NM 87104
                                (505) 843-9776

**I HEREBY CERTIFY** that on this 23rd day of April, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Howard R. Thomas AUSA


*/s/ Samuel L. Winder*
Samuel L. Winder, Esq.